# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL RICE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY | : | |
| PRISON, et al., | : | No. 10-985 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **4th** day of **February**, **2013**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, Defendants' reply thereon, Plaintiff's surreply thereon, and for the reasons stated in the Court's Memorandum dated February 4, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 29) is **GRANTED** with respect to Plaintiff's federal claims.

2. Judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's federal claims.

3. Plaintiff's state law claim is **DISMISSED** pursuant to 28 U.S.C. § 1367(c)(3).

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**